Submitted on record and briefs March 2, reversed April 11, 2007

In the Matter of
D. R., aka D. R.,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## D. R.,
aka D. R.,
*Appellant.*

Clackamas County Circuit Court
M060319; A131997

157 P3d 260

Gay Canaday filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Michael C. Livingston, Senior Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

**PER CURIAM**

Appellant in this mental commitment case appeals a judgment committing him to the Mental Health Division for treatment for a period of time not to exceed 180 days. ORS 426.130. The trial court found that appellant suffers from a mental disorder and is unable to provide for his basic personal needs. A discussion of the facts would be of no benefit to the bench and bar. The state concedes that the record lacks clear and convincing evidence that defendant's mental illness causes him to be unable to provide for his basic personal needs. We find the state's concession to be well-founded and accept it.

Reversed.